# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:11CR122-1-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| COMMUNITYONE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Application[s] for Admission to Practice Pro Hac Vice" (documents ##4 and 5) for defense counsel James W. Cooper and Jeremy W. Hochberg. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 12, 2011

David S. Cayer
United States Magistrate Judge