UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11CR122 |
|---|---|---|
| | ) | |
| v. | ) | 31 U.S.C. § 5318(h) |
| | ) | 31 U.S.C. § 5322 |
| COMMUNITYONE BANK, N.A. | ) | |
| | ) | |

## **ORDER**

Upon consideration of the Joint Motion for Approval of the Deferred Prosecution Agreement, and in the interests of justice,

IT IS HEREBY ORDERED that the motion is granted. The Court hereby approves the Deferred Prosecution Agreement filed by the parties with the Court on April 27, 2011, which shall be in effect for twenty-four months.

Signed: October 14, 2011

Robert J. Conrad, Jr.
Chief United States District Judge